```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

GENORVAL BLUNT,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      No. 4:12CV344 FRB
                                         )
FARMERS INSURANCE COMPANY, et al.,       )
                                         )
            Defendants.                  )

### MEMORANDUM AND ORDER

This matter is before the Court upon the application of Genorval Blunt for leave to commence this action without payment of the required filing fee. See 28 U.S.C. § 1915(a). Plaintiff has submitted a signed CJA Form 23 on which he has written "on short term disability," but has failed to answer any of the questions [Doc. #3]. See Local Rule 2.05(A). As such, the Court is unable to determine, at this time, whether plaintiff is financially unable to pay the filing fee. See 28 U.S.C. § 1915(a), Local Rule 2.05(A).

Accordingly,

**IT IS HEREBY ORDERED** that, in addition to a copy of this Order, the Clerk of Court shall provide plaintiff with CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date of this Order either to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that the Court will dismiss this case, without prejudice, if, within thirty (30) days, plaintiff fails to pay the filing fee or to submit a fully completed CJA Form 23.

**IT IS FURTHER ORDERED** that if plaintiff complies with this Order, the Clerk of Court shall cause this case to be resubmitted to the undersigned for review under 28 U.S.C. § 1915(a) and (d).[1]

Dated this 2nd day of March, 2012.

*Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that if plaintiff pays the filing fee, he will be responsible for serving the summons and the complaint upon the defendants.  See Fed. R. Civ. P. 4(d).